708

**STATE ex rel. W. T. SEIBELS v. TONY KAMBOURIS et al.   (3 Div. 863.)**

Supreme Court of Alabama.   Dec. 18, 1928.

PER CURIAM.   Appeal dismissed by appellant.

(118 So. 921)

**Alex STROUSE v. L. C. GASTON. (1 Div. 470.)**

Supreme Court of Alabama.   Nov. 15, 1928.

Harry T. Smith & Caffey, of Mobile, for appellant.

Smiths, Young & Johnston, of Mobile, for appellee.

SAYRE, J.   Reversed and remanded on authority of Horst, Trustee, v. Gaston, 217 Ala. 290, 116 So. 141.

(118 So. 922)

**J. L. TANNER et al. v. ALABAMA PUBLIC SERVICE COMMISSION.   (6 Div. 167.)**

Supreme Court of Alabama.   Oct. 18, 1928.

PER CURIAM.   Appeal dismissed by appellant.

(119 So. 918)

**UNION INDEMNITY CO. v. C. N. LOWE. (7 Div. 805.)**

Supreme Court of Alabama.   Jan. 15, 1929.

PER CURIAM.   Appeal dismissed by appellant.

(119 So. 919)

**UNION INDEMNITY CO. v. J. R. LOWE & CO.   (7 Div. 806.)**

Supreme Court of Alabama.   Jan. 15, 1929.

PER CURIAM.   Appeal dismissed by appellant.

(118 So. 922)

**E. D. WILKEY v. CENTRAL OF GEORGIA RY. CO.   (6 Div. 752.)**

Supreme Court of Alabama.   Oct. 11, 1928.

W. A. Denson, of Birmingham, for appellant.

Nesbit & Sadler, of Birmingham, for appellee.

PER CURIAM.   Reversed and remanded on authority of Purifoy v. Central of Georgia Ry. Co., ante, p. 11, 117 So. 466.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(119 So. 919)

**WOOD & HAWKINS, Inc., v. H. L. ANDERTON.   (6 Div. 122.)**

Supreme Court of Alabama.   Jan. 17, 1929.

PER CURIAM.   Appeal dismissed by appellant.